JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

ROSA I.C.,

      Plaintiff,

    v.

FRANK BISIGNANO,

      Defendant.

No. 2:25-cv-02847-BFM

**JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED:  February 23, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE